JOHN MASCIOLI, Respondent, v. ITHACA GUN COMPANY, Appellant.— Order

affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.